**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NORFOLK SOUTHERN** | : | |
| **RAILWAY COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **G.W.S.I., INC.** | : | **NO. 16-2094** |

## <u>JUDGMENT</u>

**NOW**, this 22nd day of August, 2017, after a bench trial and upon consideration of the Findings of Fact and the reasons set forth in the accompanying Memorandum Opinion, it is **ORDERED** that **JUDGMENT** is entered in favor of the defendant, G.W.S.I., Inc., and against the plaintiff, Norfolk Southern Railway Company.


     /s/ Timothy J. Savage _____
TIMOTHY J. SAVAGE, J.