# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORFOLK SOUTHERN RAIILWAY COMPANY | : : : | CIVIL ACTION |
| v. | : : | |
| G.W.S.I., INC. | : | NO. 16-2094 |

## ORDER

**NOW**, this 18th day of September, 2018, upon consideration of the Motion for Reconsideration Filed on Behalf of Norfolk Southern Railway Company (Document No. 56), the defendant's response, and the plaintiff's reply, it is **ORDERED** that the motion is **DENIED.**

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.